|  | Priority |
|---|---|
| ✓ | Send |
|  | Clsd |
|  | Enter |
|  | JS-5/JS-6 |
|  | JS-2/JS-3 |
|  | Scan Only |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 09-00565 DDP (RZx)                           Dated: February 2, 2009

Title:   POM WONDERFUL LLC, a Delaware limited liability company -v- OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation
=========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

　　　John A. Chambers                                   None Present
　　　Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

　　　None                                              None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

　　　This action has been assigned to the calendar of Judge Dean D. Pregerson.

　　　Counsel are encouraged to review the Central District's website for additional information. The address is **"http://www.cacd.uscourts.gov"**.

　　　It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.

　　　The Court requires delivery of <u>two</u> non-blue backed Mandatory Chambers Copies* of <u>only</u> the following manual and electronically filed documents to Room 244-J:

　　　(1)   All noticed motions and related documents;

　　　(2)   All *ex parte* applications and related documents; and

　　　(3)   <u>All exhibits and attachments must be separately tabbed</u>.

*[Refer to the Court's General Order No. 08-02 regarding ECF Courtesy Paper Copies.]

MINUTES FORM 11                                           Initials of Deputy Clerk __JAC_____
CIVIL -- GEN