1  ANDREW S. CLARE (SBN 050289)
   aclare@loeb.com
2  MARK D. CAMPBELL (SBN 180528)
   mcampbell@loeb.com
3  DAVID GROSSMAN (SBN 211326)
   dgrossman@loeb.com
4  W. ALLAN EDMISTON (SBN 228246)
   aedmiston@loeb.com
5  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
6  Los Angeles, California 90067-4120
   Telephone: 310-282-2000
7  Facsimile: 310-282-2200

8  Attorneys for Plaintiff
   POM WONDERFUL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:09-CV-00565 DDP (RZx)<br><br>Assigned to Hon. Dean D. Pregerson<br><br>**NOTICE OF OBJECTIONS TO NOTICE OF RELATED CASES FILED BY THE COCA-COLA COMPANY**<br><br>Complaint Filed: January 23, 2009 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, on February 6, 2008, POM Wonderful LLC filed Objections to Notice of Related Cases Filed By Defendant The Coca-Cola Company, in the action entitled *POM Wonderful LLC v. The Coca-Cola Company*, Case No. CV08-06237. A true and correct copy of the Objections is attached hereto as Exhibit "A."

Dated: February 6, 2009

LOEB & LOEB LLP
ANDREW S. CLARE
MARK D. CAMPBELL
DAVID GROSSMAN
W. ALLAN EDMISTON

By:/s/ Mark D. Campbell
Mark D. Campbell
Attorneys for Plaintiff
POM WONDERFUL LLC