UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. CV 09-00565 DDP (RZx) | | Date   November 2, 2009 |
| Title   POM WONDERFUL LLC, a Delaware limited liability company -V- OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher Van Gundy | August T. Horvath |
| Gary S. Sedlik | Ward J. Lott |

Proceedings:
   MOTION TO DISMISS COUNTERCLAIMS OF DEFENDANT OCEAN SPRAY CRANBERRIES, INC. FILED BY PLAINTIFF POM WONDERFUL LLC. (FILED ON 09-21-09)
   MOTION TO STRIKE COUNTERCLAIMS OF DEFENDANT OCEAN SPRAY CRANBERRIES, INC. ANSWER TO COMPLAINT, COUNTERCLAIM FILED BY PLAINTIFF POM WONDERFUL LLC. (FILED ON 09-21-09)
   MOTION TO SEVER COUNTERCLAIMS FILED BY OCEAN SPRAY CRANBERRIES, INC. FILED BY PLAINTIFF POM WONDERFUL LLC. (FILED ON 09-21-09)
   **SCHEDULING CONFERENCE**

Court hears oral argument and takes the matter under submission.

Held scheduling conference.
Court and counsel confer re case status.
Court sets trial dates.  (Refer to the SCHEDULING ORDER to be issued hereafter.)

                                                                                                00   :   22
                                                                                Initials of Preparer   JAC