# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **CV 09-00565 DDP (RZx)** | Date | **November 2, 2010** |
|---|---|---|---|

| Title | **POM WONDERFUL LLC v. OCEAN SPRAY CRANBERRIES, INC.** |
|---|---|

Present: The Honorable     **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers)
Defendant's Ex Parte Application to Compel Immediate Production and for Sanctions and Other Relief   [Doc 99/Filed 10/29/10]

     Defendant's Ex Parte Application to Compel Immediate Production and for Sanctions and Other Relief is denied.  No basis appears for relief on an ex parte basis.  Without adjudicating the dispute, the Court notes that an alleged failure to comply with a court order is not the sort of matter that should be adjudicated on an ex parte application, nor would the Court order again something it already has ordered once.  It also appears to the Court that some, if not all, of the underlying dispute may be or may become moot.

                                                      : _____

Initials of Preparer            igb