UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-00565-DDP(RZx) | Date | MARCH 21, 2011 |
|---|---|---|---|
| Title | POM WONDERFUL LLC v. OCEAN SPRAY CRANBERRIES, INC., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | | Recorded on CourtSmart |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Azadeh Allayee | | No Appearance |

**Proceedings:** HRG: PLAINTIFF'S MOTION FOR AN ORDER QUASHING OR, IN THE ALTERNATIVE, MODIFYING AND/OR FOR PROTECTIVE ORDER RE SUBPOENA. [Doc. #125]

Plaintiff's motion is granted for the reasons stated on the record. No further order shall issue. The subpoena is ordered quashed.

|  | : | 10 |
|---|---|---|
| Initials of Preparer | | igb |