```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3
 4   HONORABLE RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE PRESIDING
 5
 6   POM WONDERFUL, LLC,              )
                                      )
 7                      PLAINTIFF,    )
                                      )   CASE NO.:
 8        VS.                         )   CV-09-00565-DDP (RZX)
                                      )
 9   OCEAN SPRAY CRANBERRIES, INC.,   )
                                      )
10                      DEFENDANT.    )    (10:07 A.M.)
     _____)
11
12
13         DEFENDANT'S MOTION FOR A PROTECTIVE ORDER
14
15                   LOS ANGELES, CALIFORNIA
16                       MAY 23, 2011
17
18
19   DEPUTY CLERK:            ILENE BERNAL

20   TRANSCRIBED BY:          HUNTINGTON COURT REPORTERS
                              AND TRANSCRIPTION INC.
21                            1450 W. COLORADO BOULEVARD
                              SUITE 100
22                            PASADENA, CA 91105
                              (626) 792-7250
23
24
25   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
     TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
                                                             1
```

```
 1   APPEARANCES

 2


 3   FOR PLAINTIFF:

 4           ROLL LAW GROUP PC
             BY:  AZADEH ALLAYEE
 5                CHRISTA DEMEKE
             11444 WEST OLYMPIC BOULEVARD
 6           LOS ANGELES, CA  90064
             (310) 966-8400
 7


 8


 9


10   FOR DEFENDANT:

11           KELLEY DRYE AND WARREN LLP
             BY:  AUGUST T. HORVATH
12           101 PARK AVENUE
             NEW YORK, NY  10178
13           (212) 808-7528

14

15

16

17

18

19

20

21

22

23

24

25
                                                                2
```

```
 1            LOS ANGELES, CALIFORNIA; MONDAY, MAY 23, 2011
 2
 3            THE CLERK:  ITEM NO. 4.
 4            CASE NO. CV 09-00565-DDP (RZX).  POM WONDERFUL
 5   VERSUS OCEAN SPRAY CRANBERRIES, INC.
 6            COUNSEL, PLEASE MAKE YOUR APPEARANCES.
 7            MS. ALLAYEE:  GOOD MORNING, YOUR HONOR.
 8            AZADEH ALLAYEE AND CHRISTA DEMEKE OF THE ROLL
 9   LAW GROUP ON BEHALF OF THE PLAINTIFF, POM WONDERFUL.
10            THE COURT:  GOOD MORNING.
11            MR. HORVATH:  GOOD MORNING, YOUR HONOR.
12            AUGUST HORVATH FROM KELLEY DRYE AND WARREN FOR
13   OCEAN SPRAY.
14            THE COURT:  GOOD MORNING.
15            LET ME ASK FIRST, IS THERE ANY OBJECTION TO THE
16   APPLICATION TO SEAL CERTAIN MATERIALS?
17            MS. ALLAYEE:  NO, YOUR HONOR.
18            MR. HORVATH:  NO, YOUR HONOR.
19            THE COURT:  ALL RIGHT.  NOW AS TO THE OTHER
20   MATTER, UNLESS I MISSED IT, I DID NOT ACTUALLY SEE THE
21   NOTICE OF DEPOSITION IN THE PAPERS.
22            MR. HORVATH:  YOUR HONOR, IN THE JOINT -- AT THE
23   END OF THE JOINT STIPULATION, THE TOPICS FROM THE RULE
24   30(B)(6) NOTICE SERVED BY POM WONDERFUL FOLLOW THE
25   CONCLUSIONS OF THE TWO PARTIES.
```

3

```
 1                WE DIDN'T ATTACH THE ENTIRETY OF THE NOTICE.
 2                THE COURT:  WELL, AT THE END OF MY JOINT
 3    STIPULATION, I SEE ANOTHER --
 4                WELL, LET'S PUT IT THIS WAY.  I SEE --
 5                I'VE GOT EXHIBIT 1 AND EXHIBIT 2.  EXHIBIT 1 IS
 6    A PRIOR ORDER THAT I ISSUED.  EXHIBIT 2 IS ANOTHER JOINT
 7    STIPULATION.
 8                SO WHERE IS THE --
 9                DO YOU HAVE A PAGE NUMBER OR ANOTHER WAY OF
10    REFERRING ME TO IT?
11                MR. HORVATH:  YES, YOUR HONOR.
12                PAGE 27 OF THE JOINT STIPULATION.  AFTER PART B,
13    POM'S CONCLUSIONS, ON LINE 17 IS THE HEADING "DEPOSITION
14    TOPICS AND DISPUTE."
15                THE COURT:  ALL RIGHT.  AND THE NOTICE ITSELF IS
16    NOT HERE.
17                MR. HORVATH:  THAT'S CORRECT, YOUR HONOR.
18                THE COURT:  ALL RIGHT.
19                DOES EITHER SIDE WISH TO BE HEARD?
20                MR. HORVATH:  VERY BRIEFLY, YOUR HONOR.
21                THIS MOTION IS, AS YOUR HONOR WILL HAVE
22    DISCERNED, IS ESSENTIALLY THE SAME AS LAST WEEK'S MOTION
23    THAT WE WERE ARGUING ABOUT WITH THE EXCEPTION OF THE
24    DISCOVERY INSTRUMENTS AT ISSUE, WHICH ARE NOW RULE
25    30(B)(6) DEPOSITION TOPICS RATHER THAN DOCUMENT REQUESTS.
```

4

```
 1              THE ISSUES ARE THE SAME.  THE PARTIES' ARGUMENTS
 2   ARE THE SAME.  THE LAWS THAT WE SITE ARE THE SAME.  AND
 3   IT'S MY UNDERSTANDING THAT SHOULD THE COURT GRANT OCEAN
 4   SPRAY'S ORDER, OR MOTION FOR PROTECTIVE ORDER FROM THESE
 5   TOPICS, THAT POM WOULD EXPECT TO ROLL THEM UP INTO -- WITH
 6   LAST WEEK'S ARGUMENTS INTO ONE MOTION FOR REVIEW.
 7              SO WITH THAT SENSE, THEY'RE ALL TIED TOGETHER,
 8   AND ESSENTIALLY WE ARE GOING TO STAND ON OUR PLEADINGS AND
 9   OUR ARGUMENT FROM LAST WEEK.
10              THE COURT:  MS. ALLAYEE, I ASSUME YOU'RE THE ONE
11   SPEAKING.
12              MS. ALLAYEE:  YES, YOUR HONOR.  THANK YOU.
13              JUST VERY BRIEFLY.
14              AND AS MR. HORVATH POINTED OUT, THE ISSUES ARE
15   VERY SIMILAR TO THE MOTION THAT WAS ARGUED LAST WEEK,
16   WHICH IS WHY I'M CERTAINLY NOT GOING TO REPEAT ANYTHING.
17   BUT I WOULD LIKE TO ADDRESS SPECIFICALLY THE WELCH'S
18   FINDINGS THAT THE COURT NOTED IN ITS RULING FROM LAST
19   WEEK.
20              FIRST, I WOULD NOTE THAT THE STANDARD AS STATED
21   BY JUDGE MATZ IN THE WELCH'S FINDINGS IS ACTUALLY BROADER
22   THAN THE DEFENDANTS HAVE CLAIMED WITH RESPECT TO WHAT AN
23   UNCLEAN HANDS DEFENSE IS.
24              FIRST OF ALL, THE DOLLAR SYSTEMS CASE, WHICH IS
25   CITED IN THE WELCH'S ORDER, SPECIFICALLY SAYS, AS NOTED BY
```

5

1  JUDGE MATZ, "THE DOCTRINE OF UNCLEAN HANDS BARS RELIEF TO
2  A PLAINTIFF WHO HAS VIOLATED CONSCIENCE, GOOD FAITH OR
3  OTHER EQUITABLE PRINCIPALS IN HIS PRIOR CONDUCT, AS WELL
4  AS TO A PLAINTIFF WHO HAS DIRTIED HIS HANDS IN ACQUIRING
5  THE RIGHT PRESENTLY ASSERTED."
6           JUDGE MATZ ALSO NOTED THE ELLENBURG CASE WHICH
7  SIMILARLY SHOWS THAT THERE IS A BROADER STANDARD FOR THE
8  UNCLEAN HANDS DEFENSE THAN THE -- THAN OCEAN SPRAY HAS
9  ASSERTED.
10          IN THE WELCH'S ORDER, AT PAGE 5 -- I'M SORRY --
11 AT PAGE 1110 OF THE WELCH'S FINDING, JUDGE MATZ ALSO NOTED
12 THE ELLENBURG CASE WHICH SAID, "IN APPLYING THE UNCLEAN
13 HANDS DOCTRINE, THE RELEVANT INQUIRY IS NOT WHETHER THE
14 PLAINTIFF'S HANDS ARE DIRTY, BUT WHETHER HE DIRTIED THEM
15 IN ACQUIRING THE RIGHT HE NOW ASSERTS OR WHETHER THE
16 MANNER OF DIRTYING RENDERS INEQUITABLE THE ASSERTION OF
17 SUCH RIGHTS AGAINST THE DEFENDANTS."
18          SO IT'S ACTUALLY BROADER THAN WHAT THEY HAVE
19 STATED.  AND, AGAIN, IT'S STATED IN OUR PAPERS.  I'M NOT
20 GOING TO REPEAT IT.  BUT WE HAVE ASSERTED SPECIFIC FACTS
21 AND HAVE PUT FORTH EVIDENCE IN OUR PAPERS THAT SHOW THAT
22 THE -- THE DEFENDANTS HAVE ENGAGED IN THE SAME TYPE OF
23 CONDUCT IN STATING THE RIGHT AGAINST US IN THAT THEY HAVE
24 ALSO MADE FALSE CLAIMS REGARDING THE HEALTH BENEFITS OF
25 THEIR PRODUCTS, BUT THEY HAVE ALSO ENGAGED IN INEQUITABLE

6

1  CONDUCT AS A RESULT IN GENERAL AS STATED IN THE WELCH'S
2  ORDER.
3         THE ONLY OTHER POINT I WISH TO MAKE IS OUR
4  AFFIRMATIVE DEFENSE IN OUR ANSWER, WHICH HAS BEEN ATTACKED
5  REPEATEDLY BY THE DEFENDANTS, ALL THAT'S REQUIRED UNDER
6  RULE 8 IS THAT WE PROVIDE FAIR NOTICE OF WHAT THE
7  AFFIRMATIVE DEFENSE IS, MORE THAN LEGALESE, BUT CERTAINLY
8  ALL WE'RE REQUIRED TO PROVIDE IS FAIR NOTICE, NOT SPECIFIC
9  DETAILS OF EVERY FACTUAL ELEMENT OF THE CLAIM.
10         AND BASED ON WHAT OUR UNCLEAN HANDS DEFENSE
11  STATES NOW, I BELIEVE THAT IT DOES HAVE SPECIFIC FACTS AND
12  IT DOES MEET THE FAIR NOTICE REQUIREMENT OF RULE 8, WHICH
13  IS ALL THAT WE ARE REQUIRED TO ASSERT.
14         ONE LAST POINT I WOULD MAKE IS THAT ONE
15  DIFFERENCE, PROBABLY A MAJOR DIFFERENCE, BETWEEN THIS
16  MOTION AND LAST WEEK'S MOTION IS THAT THIS IS ONLY ASKING
17  THAT OCEAN SPRAY BRING A CORPORATE DESIGNEE FOR THE
18  SPECIFIC TOPICS.
19         WE'RE NOT ASKING THEM TO SEARCH FOR THOUSANDS OF
20  DOCUMENTS.  THIS IS A FAR LESSER BURDEN THAN WHAT THEY
21  WERE ASSERTING LAST WEEK.  AND MANY OF THE PEOPLE THAT WE
22  COULD END UP DEPOSING, IF THIS MOTION IS DENIED AND THESE
23  DEPOSITIONS ARE ALLOWED TO GO FORWARD, ARE PEOPLE THAT
24  WE'RE PROBABLY ALREADY DEPOSING IN THEIR INDIVIDUAL
25  CAPACITY BECAUSE A LOT OF THE NAMES ARE VERY SIMILAR.

7

1          THE COURT:  WOULDN'T YOU ASK THE DEPONENT WHAT
2  DOCUMENTS EXIST?
3          MS. ALLAYEE:  WE PROBABLY WOULD IF WE HAD BEEN
4  PERMITTED THAT.  BUT, I MEAN, IT DEPENDS ON THE SCOPE OF
5  YOUR HONOR'S ORDERS, OBVIOUSLY.  IF WE ARE NOT PERMITTED
6  TO SEEK THE DOCUMENTS, WE'RE NOT GOING TO ASK THE DEPONENT
7  TO BRING DOCUMENTS THAT HAVE ALREADY BEEN DENIED US.
8          BUT IT IS CORRECT THAT WE ARE GOING TO BE
9  RAISING ALL THESE ISSUES ON A MOTION FOR REVIEW.
10         BUT I JUST WANTED TO POINT OUT THE DIFFERENCE IS
11 IT'S A FAR LESSER BURDEN TO PRODUCE A PERSON RATHER THAN
12 PRODUCE THOUSANDS OF DOCUMENTS, OBVIOUSLY.
13         THE COURT:  ALL RIGHT.
14         MS. ALLAYEE:  THANK YOU, YOUR HONOR.
15         THE COURT:   WELL, HAD I --
16         MR. HORVATH, DID YOU WISH TO BE HEARD FURTHER?
17         MR. HORVATH:  NO, YOUR HONOR.
18         THE COURT:  ALL RIGHT.  HAD I HAD THE
19 OPPORTUNITY, I WOULD HAVE COMBINED THESE MOTIONS INTO ONE
20 AND RULED AT ONE TIME AND AT LEAST SAVED YOU FOLKS AN
21 EXTRA TRIP DOWN HERE.  BUT I DIDN'T AND SO WE HAVE TO DEAL
22 WITH THEM SERIATIM.
23         RULE 26 DOES ALLOW ME TO ISSUE A PROTECTIVE
24 ORDER LIMITING THE EXAMINATION AT A DEPOSITION.  AND IN MY
25 VIEW THAT ORDER IS JUSTIFIED IN THIS CASE.

8

```
 1            DISCOVERY MAY BE HAD AS TO RELEVANT MATTERS,
 2   WHICH MEANS MATTERS RELEVANT TO THE CLAIMS AND DEFENSES.
 3   AND AS I PREVIOUSLY RULED, THE UNCLEAN HANDS DEFENSE IN MY
 4   VIEW IS NOT AS ELASTIC AS IS CLAIMED.  IT CANNOT BROADEN
 5   THE ISSUES JUST BY ITS MERE INCANTATION.
 6            AS I RULED WITH RESPECT TO THE REQUEST FOR A
 7   BROAD ARRAY OF DOCUMENTS, SUBJECTS HERE ARE NOT RELATED TO
 8   THE CLAIMS AND DEFENSES OF THE PARTIES.
 9            MOTION, THEREFORE, IS GRANTED.
10            A PROTECTIVE ORDER SHALL ISSUE DELETING TOPICS
11   1, 2, 4 AND 5 FROM THE 30(B)(6) NOTICE.
12            ALL RIGHT.  ANYTHING FURTHER?
13            MS. ALLAYEE:  NO, YOUR HONOR.
14            MR. HORVATH:  NO, YOUR HONOR.
15            THE COURT:  OKAY.  THANK YOU VERY MUCH.
16            (CONCLUSION OF RECORDED PROCEEDINGS.)
17                           -O0O-
18
19
20
21
22
23
24
25
```

9

```
 1
 2
 3                        CERTIFICATE
 4         I CERTIFY THAT THE FOREGOING IS A CORRECT
 5    TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE
 6    PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
 7
 8    /S/YVONNE MCLEAN_____     MAY 31, 2011_____
      YVONNE MCLEAN, TRANSCRIBER      DATE
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                          10
```