O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company, | ) ) ) | Case No. CV 09-00565 DDP (RZx) |
| Plaintiff, | ) ) ) ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | ) ) | |
| OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation, | ) ) ) ) | [Motion filed on 1/12/11] |
| Defendant. | ) ) ) | |
| _____ | ) | |

　　Presently before the court is Plaintiff's Motion for Leave to File First Amended Complaint. Having reviewed the submissions of the parties, the court grants the motion and adopts the following order.

　　Federal Rule of Civil Procedure 15(a), which governs requests for leave to amend pleadings, provides that the court should "freely give leave when justice so requires." Fed. R. Civ. P. 15(a). Leave to amend should be granted with "extreme liberality" in order "to facilitate decision on the merits, rather than on the pleadings or technicalities." United States v. Webb,

655 F.2d 977, 979 (9th Cir. 1981). Leave to amend should be freely given unless the opposing party makes a showing of undue delay, bad faith or dilatory motive, futility of amendment, or prejudice. Foman v. Davis, 371 U.S. 178, 182 (1962); see also Ascon Properties, Inc. v. Mobil Oil Co., 866 F.2d 1149, 1160 (9th Cir. 1989).

Here, Plaintiff seeks to eliminate certain extraneous allegations in the original complaint. Defendant has not adequately shown undue delay, bad faith, or prejudice. Accordingly, Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED. Plaintiff shall file the First Amended Complaint in accordance with clerk's office procedures within twenty days of the date of this order.

IT IS SO ORDERED.

Dated: July 1, 2011

DEAN D. PREGERSON
United States District Judge