O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 09-00565 DDP (RZx)<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE: PREEMPTION AND PRECLUSION**<br><br>[Dkt. No. 216] |

Presently before the court is Defendant Ocean Spray Cranberries, Inc. ("Ocean Spray")'S Motion for Summary Judgment as to Preemption and Preclusion (Dkt. No. 216). In short, Ocean Spray argues that Plaintiff's false advertising claims are preempted by the Federal Food, Drug, and Cosmetic, Act. (Motion at 1.) On July 16, 2009, this court denied Ocean Spray's Motion to Dismiss, which was premised on an argument identical to that asserted in the instant motion.

Ocean Spray correctly observes that this court's July 16 order construed Plaintiff's complaint in a favorable light, and left open

the possibility that a more developed factual record might implicate some actual conflict with federal regulations.  The instant motion, however, points to no new evidence that such a conflict exists, and provides this court with no other basis upon which to deviate from the conclusions of its July 16 order.  Accordingly, for the reasons stated in this court's July 16 order, Plaintiff's claims are not preempted.  Ocean Spray's Motion for Summary Judgment is DENIED.

IT IS SO ORDERED.

Dated: October 12, 2011

DEAN D. PREGERSON
United States District Judge