FILED
CLERK, U.S. DISTRICT COURT
DEC - 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV09-00565 DDP (RZx)<br><br>**SPECIAL JURY VERDICT FORM** |

SPECIAL JURY VERDICT FORM

We, the jury, in the above-entitled action, find the following unanimous special verdict:

1. Did POM Wonderful prove that the label or advertising of Ocean Spray's 100% Juice Cranberry & Pomegranate product (the "Product") was misleading with respect to the amount of pomegranate juice in the Ocean Spray Product?

   Yes:_____                    No:__X__

   (If yes, please proceed to question no. 2; if no, please sign and date this form.)

2. Did POM Wonderful prove that such deception with respect to the amount of pomegranate juice in the Ocean Spray Product was material, meaning that it likely influenced the purchasing decision of a substantial segment of consumers?

   Yes:_____                    No:_____

   (If yes, please proceed to question no. 3; if no, please sign and date this form.)

3. Did POM Wonderful prove that Ocean Spray intended for its label or advertising to deceive consumers with respect to the amount of pomegranate juice in the Ocean Spray Product?

   Yes:_____                    No:_____

   (Please proceed to question no. 4.)

///
///
///

1

SPECIAL JURY VERDICT FORM

4. Did POM Wonderful prove that it lost profits because of deception in Ocean Spray's label or advertising which caused consumers to buy Ocean Spray's product instead of POM Wonderful's 100% pomegranate juice?

Yes:_____           No:_____

(If yes, please proceed to answer question no. 5; if no, please sign and date this form.)

5. What amount, if any, of POM Wonderful's lost profits did POM Wonderful prove that it suffered?

$_____

(Please sign and date this form.)

Dated at Los Angeles, California,

this 6th day of December, 2011.

**REDACTED**
VERDICT FORM AS TO FOREPERSON SIGNATURE