JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 21 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>     Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No. CV09-00565 DDP (RZx)<br><br>[~~PROPOSED~~] JUDGMENT |

On November 15, 2011, this action came on for a jury trial, the Honorable Dean D. Pregerson presiding. On December 6, 2011, the jury rendered its verdict in this case. In accordance with that verdict and Rule 58 of the Federal Rules of Civil Procedure:

IT IS **ADJUDGED** that:

1. Plaintiff Pom Wonderful LLC takes nothing by this suit;
2. This action is dismissed on its merits; and
3. Defendant Ocean Spray Cranberries, Inc. may recover its costs of suit taxed in this matter from the plaintiff, Pom Wonderful LLC.

DATED: DEC 21 2011

By: _____
The Honorable Dean D. Pregerson
United States District Court Judge